TORRES BROTHERS, LLC
Vincent DLG. Torres, Esq. (F0258)
Attorneys at Law
P.O. Box 501856
Saipan, MP 96950
Bank of Guam Building, Third Floor
Tel.: (670) 233-5506/4/3
Fax: (670) 233-5510

*Attorneys for Plaintiff*
*Cynthia Attao*

F I L E D
Clerk
District Court

APR -3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| CYNTHIA ATTAO, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TINIAN SHIPPING & )<br>TRANSPORTATION, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. <u>08-0018</u><br><br>DECLARATION OF SERVICE |

I, Evira Maratita, hereby declares the following statements under penalty of perjury that:

I am over the age of eighteen (18), and I personally served upon ANTHONY G. LONG, ESQ., a true and correct copies of the following:

1. SUMMONS

2. COMPLAINT AND DEMAND FOR JURY TRIAL

by delivering it to the aforesaid person at the following address, date and time:

Address:   Anthony G. Long Law Offices
           San José, Saipan, MP 96950

Date:      April 1, 2008

Time:      10:41 a.m.

Dated: 4/2/08

_____
Evira Maratita