Law Office of G. Anthony Long
P. O. Box 504970, Beach Road
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| CYNTHIA ATTAO | ) CIVIL ACTION NO 08- 0018 |
| | ) |
| Plaintiff | ) |
| | ) NOTICE OF MOTION AND |
| v. | ) MOTION TO DISMISS |
| TINIAN SHIPPING and | ) |
| TRANSPORTATION INC. | ) |
| | ) |
| Defendant | ) Date: May 22, 2008 |
| _____ | ) Time: 9:00 a.m. |

**TO: PLAINTIFF AND HER ATTORNEYS OF RECORD:**

**NOTICE**

Please be advised that on May 22, 2008 at 9:00 a.m. or as soon thereafter as possible, the court will hear defendant's motion to dismiss the first and fourth claims for relief.

**MOTION**

Defendant hereby moves to dismiss the first and fourth claims for relief for failure to state a claim. The basis for this motion is the memoranda of points and authorities, declaration of counsel and the statement of undisputed facts filed herewith, and all documents of record in this case.

Law Office of G. Anthony Long

By:_____/s/_____
G. Anthony Long