```
TORRES BROTHERS, LLC.
    ATTORNEYS AT LAW
VINCENT DLG. TORRES, ESQ. (FO258)
        P.O. Box 501856
        Saipan, MP 96950
     Bank of Guam Bld. 3rd Flr.
      Tel.: (670) 233-5504/6
       Fax: (670) 233-5510
```

*Attorneys for Plaintiff*
*Cynthia Attao*

F I L E D
Clerk
District Court

MAY - 7 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| CYNTHIA ATTAO,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>TINIAN SHIPPING &  )<br>TRANSPORTATION, INC. AND JOHN  )<br>DOE  )<br>  )<br>Defendant.  ) | CIVIL ACTION NO. 08-0018<br><br>STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS |

**COMES NOW PLAINTIFF CYNTHIA ATTAO,** through her counsel Vincent DLG. Torres, Esq., and Defendant Tinian Shipping & Transportation, Inc. through its counsel, G. Anthony Long, Esq., and hereby submit this Stipulation to Extend Time to File documents as follows:

1. Plaintiff's Opposition to Defendant's Motion to Dismiss is due no later than May 13, 2008;

2. Defendant's Reply is due no later than May 20, 2008; and

3.    The Hearing on the Motion to Dismiss is set for May 22, 2008.

RESPECTFULLY SUBMITTED on this ___7th___ day of May, 2008.

| | |
|---|---|
| TORRES BROTHERS, LLC,<br>Attorneys at Law | LAW OFFICE OF<br>G. Anthony Long |
| ____/s/_____<br>VINCENT DLG. TORRES ESQ.(F028<br>Attorney for Plaintiff | ____/s/_____<br>G. ANTHONY LONG<br>Attorney for Defendant |