**VICTORINO DLG. TORRES, ESQ. (FO253)**
**VINCENT DLG. TORRES, ESQ. (F0258)**
**TORRES BROTHERS, LLC.**
Attorneys At Law
**Bank of Guam Bldg, 3rd Floor**
**P.O. Box 501856**
**Saipan, MP 96950**
**Tel. No.: (670) 233-5504/6**
**Fax No.: (670) 233-5510**

**Attorneys for Plaintiff**

IN THE UNITED STATE DISTRICT COURT FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| CYNTHIA ATTAO, ) | Civil Action No. 08-0018 |
| ) | |
| Plaintiff, ) | |
| ) | **OPPOSITION TO DEFENDANT'S** |
| vs. ) | **MOTION TO DISMISS** |
| ) | |
| TINIAN SHIPPING and ) | Date: May 22, 2008 |
| TRANSPORTATION, INC., ) | Time: 9:00 a.m. |
| ) | Judge: Alex R. Munson |
| Defendant. ) | |
| _____ ) | |

  COMES NOW, Cynthia Attao, Plaintiff through counsels, Victorino DLG. Torres, Esq., and Vincent DLG. Torres, Esq., and hereby requests this Court to deny Defendant's Motion to Dismiss in its entirety. This motion is supported by the accompanying memorandum and upon any arguments that may be presented at the hearing on this Motion.

  Dated this 13th day of May, 2008.

                **TORRES BROTHERS, LLC.**
                **ATTORNEYS AT LAW**

                _____/s/_____
                VICTORINO DLG. TORRES (F0253)
                Attorney for Plaintiff

                _____/s/_____
                VINCENT DLG. TORRES (F0258)
                Attorney for Plaintiff