# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-08-0018                                                May 22, 2008
                                                          9:10 a.m.

**Cynthia Attao -vs- Tinian Shipping & Transportation Inc.**

PRESENT:   Hon. Alex R. Munson, Chief Judge Presiding
           Randy Schmidt, Law Clerk
           Sanae Shmull, Court Reporter
           K. Lynn Lemieux, Courtroom Deputy
           Vincent Torres, Attorney for Plaintiff
           Anthony Long, Attorney for Defendants

PROCEEDINGS:   MOTION TO DISMISS

   Plaintiff was represented in court by Attorney Vincent Torres. Defendants' counsel Attorney Anthony Long was present.

   Attorney Long argued on behalf of the Defendants. Attorney Torres argued on behalf of the Plaintiff.

   Court, after hearing all argument, took the matter under advisement and stated that a written order would be forthcoming.

                                            Adjourned 9:25 a.m.


                                            /s/ K. Lynn Lemieux, Courtroom Deputy