TORRES BROTHERS, LLC.
ATTORNEYS AT LAW
VINCENT DLG. TORRES, ESQ. (FO258)
P.O. Box 501856
Saipan, MP 96950
Bank of Guam Bld. 3rd Flr.
Tel.: (670) 233-5504/6
Fax: (670) 233-5510

*Attorneys for Plaintiff*
*Cynthia Attao*

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| CYNTHIA ATTAO, | ) | CIVIL ACTION NO. 08-0018 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT |
| TINIAN SHIPPING & TRANSPORTATION, INC. | ) | |
| Defendant. | ) | |

COMES NOW PLAINTIFF CYNTHIA ATTAO, through her counsel Vincent DLG. Torres, Esq., and Defendant Tinian Shipping & Transportation, Inc. through its counsel, G. Anthony Long, Esq., and hereby submit this Stipulation to Extend Time to File First Amended Complaint as follows:

1. On March 27, 2008, Plaintiff filed a Complaint against Defendant in court instead of via Pacer because there was a problem with the Pacer and we cannot access the filing program.

2. Counsel Vincent DLG. Torres left to Idaho, U.S. on the early morning of May 22, 2008.

3. On May 22, 2008, a hearing for Defendant's Motion to Dismiss was held.

4. Plaintiff's Co-counsel Victorino DLG. Torres argued on behalf of Plaintiff.

| | | |
|---|---|---|
| 1 | 5. | On May 22, 2008, the Court issued an Order granting Defendant's motion to dismiss with leave to amend. The court stated that Plaintiff shall have until 3:30 p.m., Friday, June 6, 2008, to file a first amended complaint. |
| | 6. | Plaintiff's Counsel do not have any access to the Pacer Service to receive a copy of the Court's Order. |
| | 7. | Plaintiff's Counsel did not get a copy of the Court's order until June 6, 2008 after 3:30 p.m. when Counsel's secretary requested the court for a copy of the Order. |
| | 8. | The Torres Brothers LLC has been working with the Pacer Service Center to fix the problem and put the firm on the Pacer program. Hopefully this problem will fixed by next week. |
| | 9. | Plaintiff's Counsel will be leaving to the U.S. on June 14, 2008 and will not be back on Saipan until June 24, 2008. |
| | 10. | Plaintiff and Defendant's counsels agreed that in order to provide adequate time to file first amended complaint, Plaintiff and Defendants agree that Plaintiff's first amended complaint shall be due on or before July 07, 2008. |
| | 11. | Accordingly, Plaintiff's Counsel apologizes to this Court for the Court's inconvenience and respectfully request for the extension time herein. |

RESPECTFULLY SUBMITTED on this __12th__ day of June, 2008.

/s/
_____
VINCENT DLG. TORRES, ESQ.
Attorney for Cynthia Attao

/s/
_____
G. ANTHONY LONG, ESQ.
Tinian Shipping & Transportation