FILED
Clerk
District Court

JUN 16 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| CYNTHIA ATTAO, ) | Civil No. 08-0018 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER GRANTING |
| ) | STIPULATION TO EXTEND |
| TINIAN SHIPPING AND ) | TIME TO FILE FIRST |
| TRANSPORTATION, INC., ) | AMENDED COMPLAINT |
| ) | |
| Defendant ) | |
| ) | |

PURSUANT TO the stipulation of the parties filed June 13, 2008, and good cause appearing therefrom due to the technical problems encountered by plaintiff's counsel and the respective travel schedules of the attorneys in this matter; NOW, THEREFORE,

IT IS ORDERED that plaintiff shall have until 3:30 p.m., Monday, July 7, 2008, to file her first amended complaint.

DATED this 16th day of June, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)