**TORRES BROTHERS, LLC.**
**ATTORNEYS AT LAW**
**VINCENT DLG. TORRES, ESQ.  (FO258)**
Attorneys at Law
P.O. Box 501856
Saipan, MP 96950
Bank of Guam Bld. 3rd Flr.
Tel.: (670) 233-5504/6
Fax: (670) 233-5510

*Attorneys for Plaintiff*
*Cynthia C. Attao*

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| CYNTHIA ATTAO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TINIAN SHIPPING & )<br>TRANSPORTATION, INC. )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 08-0018<br><br>SECOND STIPULATION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT |

COMES NOW PLAINTIFF CYNTHIA ATTAO, through her counsel, Vincent DLG. Torres, Esq., and Defendant Tinian Shipping & Transportation, Inc. through its counsel, G. Anthony Long, Esq., and hereby submit this Second Stipulation to Extend Time to File First Amended Complaint as follows:

1. On May 22, 2008, the Court issued an Order granting Defendant's motion to dismiss with leave to amend.  In this Order,

> The Court reminds the parties of the admonition of 42 U.S.C. § 12212 that parties to ADA claims should first avail themselves of alternative dispute resolution procedures.  Upon joint request fo the parties, the court stands ready to assist in resolution of this matter.

2. On June 13, 2008, the parties submitted to the Court a Stipulation to Extend Time to File First Amended Complaint to July 07, 2008.

3. On June 16, 2008, the Court granted the parties' stipulation.

4. In adhering to the Court's advice pursuant to the Court's May 22, 2008 Order, the parties will avail themselves to alternative dispute resolution and start negotiating towards settlement.

5. In that spirit, the parties agree to extend the time for Plaintiff to file First Amended Complaint from July 07, 2008 to August 15, 2008. This will allow the parties to enter into negotiation and hopefully timely settle this matter without Amending the Complaint and filing an Answer.

6. Thus, the parties respectfully request this Court for the extension time specified herein.

RESPECTFULLY SUBMITTED on this   3rd   day of July, 2008.

/s/
VINCENT DLG. TORRES, ESQ.
Attorneys for Cynthia Attao

/s/
G. ANTHONY LONG, ESQ.
Attorney for Tinian Shipping & Transportation