FILED
Clerk
District Court

JUL -7 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| CYNTHIA ATTAO, | ) | Civil No. 08-0018 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER GRANTING SECOND |
| | ) | STIPULATION TO EXTEND |
| TINIAN SHIPPING AND | ) | TIME TO FILE FIRST |
| TRANSPORTATION, INC., | ) | AMENDED COMPLAINT |
| | ) | |
| Defendant | ) | |

PURSUANT TO the stipulation of the parties filed July 7, 2008, and good cause appearing therefrom due to on-going settlement efforts of the parties; NOW, THEREFORE,

IT IS ORDERED that plaintiff shall have until 3:30 p.m., Friday, August 15, 2008, to file her first amended complaint.

DATED this 7th day of July, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)