```
1  TORRES BROTHERS, LLC.
       ATTORNEYS AT LAW
2  VINCENT DLG. TORRES, ESQ. (FO258)
       Attorneys at Law
3      P.O. Box 501856
       Saipan, MP 96950
4      Bank of Guam Bld. 3rd Flr.
       Tel.: (670) 233-5504/6
5      Fax: (670) 233-5510

6   Attorneys for Plaintiff
    Cynthia C. Attao
7
```

F I L E D
Clerk
District Court

AUG 1 5 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| CYNTHIA ATTAO, | CIVIL ACTION NO. 08-0018 |
| Plaintiff, | |
| v. | STIPULATION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT |
| TINIAN SHIPPING & TRANSPORTATION, INC. | |
| Defendant. | |

COMES NOW PLAINTIFF CYNTHIA ATTAO, through her counsel, Victorino DLG. Torres, Esq., and Defendant Tinian Shipping & Transportation, Inc. through its counsel, G. Anthony Long, Esq., and hereby submit this Stipulation to Extend Time to File First Amended Complaint as follows:

1. On July 07, 2008, the Court issued an Order granting Defendant's Stipulation to Extend Time to File First Amended Complaint, which is due on August 15, 2008. The basis of the extension is to allow the Parties to commence settlement negotiations.

2. The parties are currently in settlement negotiations and have agreed to extend the time for Plaintiff to file First Amended Complaint. This will allow the parties to continue with the negotiation and hopefully settle this matter.

3. Thus, the parties respectfully request this Court for an extension for Plaintiff to file First Amended Complaint, which shall be due on September 05, 2008.

RESPECTFULLY SUBMITTED on this 15th day of August, 2008.

/s/
_____
VICTORINO DLG. TORRES, ESQ.
Attorneys for Cynthia Attao


/s/
_____
G. ANTHONY LONG, ESQ.
Attorney for Tinian Shipping & Transportation