F I L E D
 Clerk
District Court

AUG 18 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

CYNTHIA ATTAO, )  Civil No. 08-0018
 )
     Plaintiff )
 )  ORDER GRANTING THIRD
   v. )  STIPULATION TO EXTEND
 )  TIME TO FILE FIRST
TINIAN SHIPPING AND )  AMENDED COMPLAINT
TRANSPORTATION, INC., )  and
 )  SETTING SETTLEMENT
     Defendant )  CONFERENCE
_____ )

PURSUANT TO the stipulation of the parties filed August 15, 2008; NOW, THEREFORE,

IT IS ORDERED that plaintiff shall have until 3:30 p.m., Friday, September 5, 2008, to file her first amended complaint; and,

IT IS FURTHER ORDERED that, if settlement discussions between the parties fail, **a settlement conference is set for 9:30 a.m., Friday, September 5, 2008.** If the parties settle this matter completely prior to that date, they shall notify

AO 72
(Rev. 08/82)

the court, file the appropriate settlement documents, and the settlement conference will come off-calendar without further order of the court.

DATED this 18th day of August, 2008.

*Alex R. Munson*
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)

2